quantities reported by the inspector as manifested, not found, not landed, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not manifested, not found, not landed, not found. The protests were sustained to this extent.

BEFORE THE FIRST DIVISION, OCTOBER 29, 1953

**No. 57565.**—S. H. Kress & Co. et al. *v.* United States, protests 983337–G, etc. (Seattle).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

**No. 57566.**—American Mink Co. et al. *v.* United States, protests 110240–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 57567.**—Brenner Bros. *v.* United States, protest 205447–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting·opinion in C. D. 1480, *supra.*

**No. 57568.**—American & Oriental Fur & Hides Export Co., Inc., et al. *v.* United States, protests 977490–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

**No. 57569.**—S. S. Kresge Co. et al. *v.* United States, protests 154261–K, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of animal or human figures composed wholly or in chief value of papier mâché similar in all material respects to those the subject of Abstract 56975, the claim of the plaintiffs was sustained.

**No. 57570.**—Lansen-Naeve Corp. *v.* United States, protest 204435–K (New York).

Opinion by Oliver, C. J.   In accordance with oral stipulation of counsel that the merchandise "in case number 51 to 55 inclusive consists of figures for crib sets, composed of paper mache, not playthings for children," the claim of the plaintiff was sustained as to said case numbers.

**No. 57571.**—Artgift Corp. *v.* United States, protest 185446–K (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal statuettes (Infant of Prague) with glass domes similar in all material respects to those the subject of Abstract 57135, the claim of the plaintiff was sustained.

**No. 57572.**—Hurricane Import Co. *v.* United States, protests 147680–K, etc. (Los Angeles).

Opinion by Mollison, J.   It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475).   In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held duti-